UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| KELLY KOERNER, | |
| Plaintiff, | 3:11-cv-00116-LRH-VPC |
| v. | |
| JAMES GREG COX, *et al.*, | O R D E R |
| Defendants. | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#32[1]) entered on December 8, 2011, recommending granting in part and denying in part Defendants' Motion to Dismiss (#19) filed on July 12, 2011. Plaintiff filed his Non Objection to Magistrate Judge's Report and Recommendation (#33) on December 20, 2011. Defendants did not file a reply. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and the Local Rules of Practice, LR IB 1-4.

The Court has conducted its *de novo* review in this case, has fully considered the non objection of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#32) entered on December 8, 2011, should be

---

[1] Refers to court's docket number.

adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#32) entered on December 8, 2011, is adopted and accepted, and Defendant's Motion to Dismiss (#19) is **GRANTED in part and DENIED in part** as follow:

1. Defendants' motion to dismiss Defendants in their official capacities based on Eleventh Amendment immunity should be **GRANTED**, and Plaintiff's monetary damages claims against Defendants in their official capacities should be **DISMISSED with prejudice**; and
2. Defendants' motion to dismiss based on Plaintiff's failure to state a claim, Defendants' lack of personal participation, and qualified immunity should be **DENIED without prejudice**.

IT IS SO ORDERED.

DATED this 10th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE