1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                             DISTRICT OF NEVADA
8                                 * * * * *
9    KELLY KOERNER,                        )
                                           )
10                  Plaintiff,             )        3:11-cv-00116-LRH-VPC
                                           )
11   v.                                    )
                                           )        O R D E R
12   JAMES GREG COX, *et al.*,             )
                                           )
13                  Defendants.            )
     _____     )
14

15          Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16   Cooke (#32[1]) entered on December 8, 2011, recommending granting in part and denying in part

17   Defendants' Motion to Dismiss (#19) filed on July 12, 2011. Plaintiff filed his Non Objection to

18   Magistrate Judge's Report and Recommendation (#33) on December 20, 2011.  Defendants did not file

19   a reply.  The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and the

20   Local Rules of Practice, LR IB 1-4.

21          The Court has conducted its *de novo* review in this case, has fully considered the non objection

22   of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record

23   pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the

24   Magistrate Judge's Report and Recommendation (#32) entered on December 8, 2011, should be

25   _____

26          [1]Refers to court's docket number.

1  adopted and accepted.

2          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#32)

3  entered on December 8, 2011, is adopted and accepted, and Defendant's Motion to Dismiss (#19) is

4  **GRANTED in part and DENIED in part** as follow:

5          1.   Defendants' motion to dismiss Defendants in their official capacities based on Eleventh

6                Amendment immunity should be **GRANTED**, and Plaintiff's monetary damages claims

7                against Defendants in their official capacities should be **DISMISSED with prejudice**; and

8          2.   Defendants' motion to dismiss based on Plaintiff's failure to state a claim, Defendants' lack

9                of personal participation, and qualified immunity should be **DENIED without prejudice**.

10

11          IT IS SO ORDERED.

12          DATED this 10th day of January, 2012.

13

14

15                                                _____

16                                                LARRY R. HICKS
                                                  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26                                                2