FILED ___  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAY 04 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY KOERNER, | 3:11-CV-0116-LRH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| JAMES GREG COX, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for a transcript (#46) is **DENIED**. Plaintiff may order a transcript of the February 27, 2012 hearing at his expense. The Clerk shall **SEND** to plaintiff a form for ordering a transcript. Plaintiff's *in forma pauperis* status does not extend to the ordering of transcripts.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk