# UNITED STATES DISTRICT COURT
*DISTRICT OF NEVADA*

Lance S. Wilson, Clerk

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Office of the Clerk
400 South Virginia St.
Reno, NV 89301

Office of the Clerk
333 Las Vegas Blv
Las Vegas, NV 89101

## MINUTE ORDER

To: Kelly Koerner #23196

RE: Pleadings and/or Correspondence received on: July 16, 2012

3:11-CV-0116-LRH (VPC)

[ ]  **COPYWORK:** The Clerk's Office will provide copies of documents and of a docket sheet at $0.10 per page for documents printed from the electronic docket. Copies are $0.50 per page for documents retrieved from archives or documents requiring manual copying. Checks in the exact amount should be made payable to "Clerk, USDC." Please note: in forma pauperis status does not include the cost of copies.

[ ]  **CONFORMED COPIES:** The Court requires the original plus one copy of most pleadings. See Local Rules of Civil Practice, Rule 10-4. If you wish to have a conformed copy returned to you, you must file an original plus two (2) copies and provide the court with a self-addressed stamped envelope with the correct postage.

[ ]  **CASE STATUS INQUIRES:** The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the Court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the Court apprised of your current address, you will receive all Court decisions which might affect the status of your case. If you have not submitted a document required in your case, the Court will notify you.

[X]  **DISCOVERY DOCUMENTS:** Pursuant to the Local Rules of Civil Practice, Rule 26-8, interrogatories, responses, requests for production and admission, and proofs of service shall not be filed with the Clerk of Court, unless ordered by the Court.

[ ]  **LOCAL RULES:** The District of Nevada's Local Rules are available on the Court's website at www.nvd.uscourts.gov

[ ]  **LEGAL ADVICE:** Neither the Court nor the Clerk's Office can give legal advice.

[ ]  **EVIDENCE SUBMITTED:** The Court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the Court unless it is used to support or oppose a motion.

[ ]  **REQUESTED FORMS:** Your requested forms are enclosed.

[ ]  **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

[ ]  **MOTIONS:** A document requesting a Court order must be styled as a motion, not a letter (see F.R.C.P. 7). **Letters to a judge will be disregarded and returned to the sender. Letters will not be filed on the docket.**

[ ]  **SERVICE:** The Court will notify you when it is time for service in your case.

[X]  **OTHER:** Discovery requests are served on opposing counsel, not filed as a motion. Therefore, plaintiff's motion for discovery (#50) is **DENIED**.

DATED this 17th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE