UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KELLY KOERNER, | ) | 3:11-CV-0116-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| JAMES GREG COX, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to compel production of discovery, or in the alternative, motion in limine (#54).  Defendants opposed the motion (#55), plaintiff replied (#58), and defendants were granted leave to file a sur-reply (#61).

By his motion, plaintiff seeks and ordering compelling the defendants to produce "surveillance videotape used against [him] when finding [him] guilty of the underflying MJ6 'walk away' from camp escape charge."  Pursuant to the declaration of Lieutenant Stephen Clark (#61, Ex. A), no such surveillance videotape was reviewed by him in preparation for the disciplinary hearing and no such videotape exists.

Therefore, plaintiff's motion to compel production of discovery, or in the alternative, motion in limine (#54) is **DENIED**.

   **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                        By:          /s/                              
                              Deputy Clerk