UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KELLY KOERNER, | ) | 3:11-CV-0116-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES GREG COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for reconsideration of order #73 (#75) is **DENIED**. Plaintiff has been granted an extension of time to **Friday, April 12, 2013,** a total of 127 days, to file an opposition to defendants' motion for summary judgment (#64).

Again the court acknowledges that plaintiff is experiencing certain medical issues; however, plaintiff has managed to now file five separate motions with the court since the onset of his current medical situation (#s 66, 69, 71, 72 & 75). Perhaps plaintiff's time and effort would be better spent preparing an opposition to defendants' motion for summary judgment (#64). The court will not grant any further extensions of time for any reason.

Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (#65). Plaintiff is advised that pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. If plaintiff fails to timely file an opposition, the motion will be submitted to the court for decision as unopposed.

    **IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK

                        By:          /s/
                                Deputy Clerk