# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KELLY KOERNER, | ) | 3:11-CV-0116-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES GREG COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PETITIONER(S): <u>NONE APPEARING</u>

COUNSEL FOR RESPONDENT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's third motion for recusal of magistrate judge (#92) is **DENIED** for the same reasons set forth in the court's prior orders (#s 80 & 90). Furthermore, plaintiff's motions for contracts for mediation and ombudsman programs (#91) and for evidentiary hearing (#95) are **DENIED**.

The court further notes that the proper way to challenge a magistrate judge's decision is to file an objection pursuant to Local Rule IB 3-1 rather than repeatedly filing the same motion.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
       Deputy Clerk