AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

KELLY KOERNER,

    Plaintiff,             JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:11-cv-00116-LRH-VPC**

JAMES GREG COX, et al.,

    Defendants.

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#116) is **GRANTED in its entirety**.

  January 24, 2014                               **LANCE S. WILSON**
                                                                              Clerk

                                                                        /s/ D. R. Morgan
                                                                          Deputy Clerk