# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KELLY KOERNER, | ) | 3:11-CV-0116-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 5, 2014 |
| | ) | |
| JAMES COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On February 10, 2014, the court entered an order allowing a transcript of the sealed recording of the settlement conference conducted on April 24, 2012 to be prepared, provided no objection was filed by the defendants (#137).  No objection was filed.  Therefore, the recording of April 24, 2012 is unsealed for the purpose of plaintiff obtaining a transcript of the settlement conference at his expense.

Plaintiff's motion to unseal recording for plaintiff to obtain a transcript of settlement conference (#138) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
Deputy Clerk